# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| v. ) | No. 04-5017-01-CR-DW |
| ) | |
| PHYLLIS C. HOOD, ) | |
|         Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge James England's Report and Recommendation to deny Defendant's Motion to Suppress Evidence. (Doc. No. 101.) Defendant opposes the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and denies Defendant's Motions to Suppress.[1]

IT IS SO ORDERED.

                                                                       /s/ DEAN WHIPPLE
                                                                         Dean Whipple
                                                                    United States District Judge

Date: May 4, 2005

---

[1] Though not a reason given by Judge England for denying the motion, the Court questions whether Defendant has standing to challenge the initial detention of the federal express package. Defendant was neither the sender of the package nor its addressee. Her contention that she maintained a privacy interest in the package is, therefore, highly suspect.